IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00392-ZLW

JOHNNY A. MONTANA,

    Plaintiff,

v.

STEVE HARGETT, Warden,
RUDY MARTINEZ, Unit-2 Manager,
ANGELA ALCON, C.O., and
SHERRI VAN METER, C.O.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

OCT 28 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Combined Motion to Submit Proof of 'Exhaustion of Administrative Remedies,' and; Motion to Invoke the 'Mailbox Rule'" filed on October 27, 2005, is DENIED because this action is closed.

Dated: October 28, 2005

Copies of this Minute Order mailed on October 28, 2005, to the following:

Johnny A. Montana
Prisoner No. 20951
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301-0400

                                              Secretary/Deputy Clerk